# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: November 6, 2015 |
| Court Reporter: Janet Coppock | Time: one hour and 16 minutes |
| Probation Officer: Tina Parde | Interpreter:  n/a |

**CASE NO.  14-CR-00326-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Rebecca Weber |
| | for Jeremy Sibert |
| Plaintiff, | |
| vs. | |
| **RANDAL PHIPPS,** | Robert Pepin |
| Defendant. | |

## SENTENCING

**10:04 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:**  The statement of facts in the Plea Agreement, Presentence Report and its Addendum are not disputed by the parties and are adopted in the Court's factual findings in this case.  The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
14-CR-00326-PAB
November 6, 2015

Court addresses the defendant's objections to the presentence report.

**10:12 a.m.**   Direct examination of the defendant by Mr. Pepin.

**10:20 a.m.**   Cross examination by Ms. Weber.

Defendant is excused from the witness stand.

Argument by Mr. Pepin.

Argument by Ms. Weber.

Further argument by Mr. Pepin.

Argument by Mr. Pepin in support of the defendant's Motion for Statutory Sentence and comments addressing sentencing.

Argument by Ms. Weber and comments addressing sentencing

Court states its findings and conclusions.

**ORDERED:**   Defendant's Motion for Statutory Sentence [Docket No. 36], is **GRANTED in PART.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **July 30, 2015** to count **One of the Information.**

**ORDERED:**   Defendant's Plea Agreement is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be **imprisoned** for **18** months.

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:**   **Conditions** of Supervised Release that:
   (**X**)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

Page Three
14-CR-00326-PAB
November 6, 2015

- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:  Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the     presentence report to the treatment agency for continuity of treatment.
- (**X**) The defendant shall reside in a Residential Reentry Center (RRC) for a period of up to **six** months, or until he is released from the facility by his probation officer, to commence on release from imprisonment. He shall observe the rules of that facility.
- (**X**) Defendant shall submit in person his person, property, residence, residence papers or office a search to the United States probation officer.  Failure to submit it a search may be grounds for revocation of release. Defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.  An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that Mr. Russell has violated a condition of his supervision and that the areas to be 1searched contain evidence this of this violation.  Any search must be conducted as a reasonable time and in a reasonable manner.

Page Four
14-CR-00326-PAB
November 6, 2015

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion to Dismiss the Indictment [Docket No. 31], is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days from entry of judgment.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**11:20 a.m.   COURT IN RECESS**

**Total in court time: 76 minutes**

**Hearing concluded**