IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00326-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RANDAL PHIPPS,

    Defendant.

---

## ORDER

---

This matter is before the Court on the Government's Motion to Dismiss the Indictment [Docket No. 31]. The Court has reviewed the pleading and is fully advised in the premises. On July 30, 2015 defendant pled guilty to an Information. Docket No. 28. Wherefore, it is

**ORDERED** that the Government's Motion to Dismiss the Indictment [Docket No. 31] is granted. The indictment in this case is dismissed.

DATED November 6, 2015.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge